IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PAUL DEL GROSSO and ESTHER DEL GROSSO, ) ) ) Plaintiffs, ) ) vs. ) ) STATE FARM MUTUAL AUTOMOBILE ) INSURANCE COMPANY and ) STATE FARM FIRE & CASUALTY CO., ) ) Defendants. ) | Case No.  4:09-cv-01940CAS<br><br>JURY TRIAL DEMANDED |

## DEFENDANTS' ANSWER TO PLAINTIFFS' PETITION

Come now Defendants and for their Answer to Plaintiffs' Petition state as follows:

1. Defendants admit the allegation contained in paragraph 4 of Plaintiffs' Petition.

2. Defendants deny the allegations contained in paragraphs 1, 2, 3, 5, 6, 7, 8, 9, 10, 11 and 12 and Count II of Plaintiffs' Petition.

3. For further answer and defense, Defendants state that any recovery by Plaintiffs should be reduced in proportion to Plaintiff Paul Del Grosso's comparative fault and negligence contributing to cause their loss and damages.

4. For further answer and defense, Defendants state that any recovery by Plaintiff s should be reduced in proportion to Plaintiffs' failure to mitigate their loss and damages.

WHEREFORE, having fully answered, Defendants pray to be dismissed hence with their costs herein expended.

        **/s/ Daniel E. Wilke**
        Daniel E. Wilke #5949
        James A. Wilke #109833
        Attorney for Defendants
        WILKE & WILKE, P.C.
        2708 Olive Street
        St. Louis, Missouri 63103
        314-371-0800
        Fax: 314-371-0900
        wilkewilke@accessus.net

      I hereby certify that on November 25, 2009, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

John D. Anderson
Attorney at Law
911 Washington Avenue, Suite 400
St. Louis, MO 63101
ja@hurthelp.net
ATTORNEY FOR PLAINTIFFS

        **/s/ Daniel E. Wilke**
        Daniel E. Wilke #5949
        James A. Wilke #109833
        Attorney for Defendants
        WILKE & WILKE, P.C.
        2708 Olive Street
        St. Louis, Missouri 63103
        314-371-0800
        Fax:   314-371-0900

DEW:lb