IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PAUL DEL GROSSO and ESTHER DEL GROSSO, <br> Plaintiffs, <br> vs. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and STATE FARM FIRE & CASUALTY CO., <br> Defendants. | Case No. 4:09-CV-01940CAS |

### MEMORANDUM OF FILING OF RSMo. § 490.525 AFFIDAVIT

COME NOW Plaintiffs and pursuant to RSMo. §490.525 file herewith affidavits attesting to the reasonableness of the medical charges and necessity of treatment rendered to Plaintiff Paul DelGrosso. An itemized statement is attached to each affidavit. The affidavits attached are for services provided by the following medical providers: St. Charles County Ambulance, Progress West Health Care Center, St. John's Mercy Medical Center, St. John's Mercy Health Care, St. Luke's Hospital, SSM Rehab, Internal Medicine Associates/Dr. Bernstein, Dr. Ronald Fischer, Dr. Paul Matz, Premier Care Orthopedics/Dr. William Schroer, St. Luke's Therapy Services/Jennifer Hirsch, Amedisys Home Health Care, Dr. Max Benzaquen, and DePaul Health Center.

ANDERSON & ASSOCIATES
Attorneys for Plaintiff

By NBKnepper
**JOHN D. ANDERSON**; MO #25568;
Fed #12622; ja@hurthelp.net
**NICOLE BURLISON KNEPPER**; MO #60025;
Fed #1592944; nb@hurthelp.net
**ANDREW S. MARTIN**; MO #62657; Fed #5259561; am@hurthelp.net
911 Washington Avenue, Suite 400
St. Louis, MO 63101
(314) 621-5534; Fax (314) 621-6941