IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PAUL DEL GROSSO and<br>ESTHER DEL GROSSO,<br><br>     Plaintiffs,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE<br>INSURANCE COMPANY and<br>STATE FARM FIRE & CASUALTY CO.,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)   Case No.  4:09-cv-01940CAS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **MOTION IN LIMINE**

    1.    Defendant asks the Court to exclude billing record Affidavits filed with this Court on December 30, 2010 and incorporates the attached Objections to the Affidavits.

                                            Respectfully Submitted,

                                            **/s/ Daniel E. Wilke**
                                            Daniel E. Wilke #24464MO
                                            James A. Wilke #51242MO
                                            Attorney for Defendants
                                            WILKE & WILKE, P.C.
                                            2708 Olive Street
                                            St. Louis, Missouri 63103
                                            314-371-0800
                                            Fax: 314-371-0900
                                            wilke@wilkewilke.net

    I hereby certify that on January 4, 2011 the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

John D. Anderson
Attorney at Law
911 Washington Avenue, Suite 400
St. Louis, MO 63101
ja@hurthelp.net
ATTORNEY FOR PLAINTIFFS

**/s/ Daniel E. Wilke**
Daniel E. Wilke #24464MO
James A. Wilke #51242MO
Attorney for Defendants
WILKE & WILKE, P.C.
2708 Olive Street
St. Louis, Missouri 63103
314-371-0800
Fax:   314-371-0900