IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PAUL DEL GROSSO and<br>ESTHER DEL GROSSO,<br><br>    Plaintiffs,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE<br>INSURANCE COMPANY and<br>STATE FARM FIRE & CASUALTY CO.,<br><br>    Defendants. | Case No.  4:09-cv-01940CAS |

### DEFENDANTS' THIRD MOTION IN LIMINE

1. Defendants ask the Court to exclude any reference to Plaintiff's knee replacement surgery or follow-up home therapy as there is insufficient foundation to submit this surgery or home therapy or bills therefore to the jury.

           **/s/ Daniel E. Wilke**
           Daniel E. Wilke #24464MO
           James A. Wilke #51242MO
           Attorney for Defendants
           WILKE & WILKE, P.C.
           2708 Olive Street
           St. Louis, Missouri 63103
           314-371-0800
           Fax: 314-371-0900
           wilke@wilkewilke.net

      I hereby certify that on January 17, 2011 the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

John D. Anderson
Attorney at Law
911 Washington Avenue, Suite 400
St. Louis, MO 63101
ja@hurthelp.net
ATTORNEY FOR PLAINTIFFS

                                                **/s/ Daniel E. Wilke**
Daniel E. Wilke #24464MO
James A. Wilke #51242MO
Attorney for Defendants
WILKE & WILKE, P.C.
2708 Olive Street
St. Louis, Missouri 63103
314-371-0800
Fax:  314-371-0900

JAW:lb