IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| PAUL DEL GROSSO and | ) | |
| ESTHER DEL GROSSO, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No.  4:09-cv-01940CAS |
| vs. | ) | |
| | ) | |
| STATE FARM MUTUAL AUTOMOBILE | ) | |
| INSURANCE COMPANY and | ) | |
| STATE FARM FIRE & CASUALTY CO., | ) | |
| | ) | |
| Defendants. | ) | |

## TRIAL BRIEF

Missouri recognizes the applicability of the rear-end doctrine which states, "if one has his vehicle in a portion of the highway where he should have it in view of his course, and another traveling behind him in the same direction overtakes him and permits his vehicle to run into the rear of the one ahead, proof of the collision ... makes out a prima facie case of specific negligence against the driver operating the overtaking vehicle." Clark v. Belfonte Distributing, Inc.,163 S.W.3d 581, 583 (Mo.App., 2005).

**/s/ Daniel E. Wilke**
Daniel E. Wilke #24464MO
James A. Wilke #51242MO
Attorney for Defendants
WILKE & WILKE, P.C.
2708 Olive Street
St. Louis, Missouri 63103
314-371-0800
Fax: 314-371-0900
wilke@wilkewilke.net

I hereby certify that on January 17, 2011 the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

John D. Anderson
Attorney at Law
911 Washington Avenue, Suite 400
St. Louis, MO 63101
ja@hurthelp.net
ATTORNEY FOR PLAINTIFFS

**/s/ Daniel E. Wilke**
Daniel E. Wilke #24464MO
James A. Wilke #51242MO
Attorney for Defendants
WILKE & WILKE, P.C.
2708 Olive Street
St. Louis, Missouri 63103
314-371-0800
Fax:  314-371-0900