IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

PAUL DEL GROSSO and )
ESTHER DEL GROSSO, )
    Plaintiffs, ) Case No. 4:09-CV-01940CAS
vs. )
)
STATE FARM MUTUAL AUTOMOBILE )
INSURANCE COMPANY and )
STATE FARM FIRE & CASUALTY CO., )
    Defendants. )

## STIPULATIONS

COME NOW Plaintiffs and Defendants and stipulate to the following:

I. **UNCONTESTED FACTS**

  a. Paul DelGrosso was injured in a crash on Highway 40 on September 10, 2009.

  b. Immediately before the crash, a vehicle on Highway 40 dropped a straw wattle on the road.

  c. The vehicle has never been identified, therefore qualifies as an uninsured motorist.

  d. At the time of the crash, Mr. DelGrosso was insured by State Farm and had uninsured motorist coverage under the following policies:

    i. Policy Number 369-5175-A11-25K,

    ii. Policy Number 121-4050-DO3-25,

    iii. Policy Number 385-8188-D29-25D,

    iv. Policy Number G12-2024-D16-25C, and

    v. Policy Number 157-9903-A07-25B.

  e. Each of these policies was in effect on September 10, 2009.

  f. Both parties stipulate that no records custodian is needed to authenticate medical

  records or bills.

 g. Both parties stipulate that all doctors are unavailable to testify live at trial.

## II. SUMMARY OF THE CASE

Plaintiffs Paul and Esther DelGrosso, individuals, have brought an uninsured motorist claim against their insurance carrier State Farm, a corporation, for damages they sustained pursuant to a crash on Highway 40 on September 10, 2009. The DelGrossos had five State Farm insurance policies with uninsured motorist coverage in effect at the time of the crash.

        **ANDERSON & ASSOCIATES**
        **Attorneys for Plaintiff**


**By** _/s/ NBKnepper_
**JOHN D. ANDERSON**; MO #25568;
Fed #12622; ja@hurthelp.net
**NICOLE BURLISON KNEPPER**; MO #60025;
Fed #1592944; nb@hurthelp.net
911 Washington Avenue, Suite 400
St. Louis, MO 63101
(314) 621-5534; Fax (314) 621-6941